3:22MJ5435

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO – WESTERN DIVISION
# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Donald R. Widmer, Task Force Officer (TFO) with the Drug Enforcement Administration (DEA), Toledo Resident Office (TRO), Toledo, Ohio, (hereinafter referred to as affiant) being duly sworn depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. Your Affiant is an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C § 2510(7), in that I am an officer of the United States empowered by law to conduct criminal investigations and make arrests for offenses enumerated in 18 U.S.C. § 2516.

2. Your Affiant currently serves as a Detective with the Perrysburg Township Police Department, and has been assigned as a TFO with the DEA TRO since October of 2018. Your Affiant has been a peace officer since 2003, when I graduated from the Owens Community College Police Academy. During your Affiant's law enforcement career, your Affiant worked for the Put-in-Bay Police Department, the Clay Township Police Department, the Greenville County Sheriff's Office in South Carolina, the Travelers Rest Police Department in South Carolina, and the Perrysburg Township Police Department.

3. Your Affiant has eight years of experience as a K9 Officer. As a result of your Affiant's years of experience and training as a K9 Officer, your Affiant knows the look, texture, and odor of marijuana, cocaine, crack, methamphetamine, and heroin, as your Affiant has physically handled all of them numerous times. Your Affiant is also familiar with methods used by drug traffickers to conceal drugs within houses, vehicles, and common everyday products.

4. Your Affiant has eight years of experience as a narcotics investigator, where your Affiant received specialized training in the areas of drug investigations, informant management, search and seizure, surveillance, search warrant preparation and service, criminal interdiction, asset forfeiture, and bulk narcotic and currency transportation and concealment. Your Affiant has conducted hundreds of drug investigations that have led to the arrests and convictions of drug possession/trafficking offenders. Your Affiant has coordinated controlled purchases of illegal drugs utilizing confidential sources and cooperating witnesses. Your Affiant has interviewed admitted drug traffickers, drug users, informants, and cooperating defendants regarding the manner in which drug traffickers distribute, obtain, finance, store, manufacture, transport, and distribute illegal drugs.

6. Your Affiant is familiar with the methods that drug traffickers use to conduct their business, including, but not limited to, their methods of importing and distributing controlled substances, their use of mobile telephones, computers and other electronic devices, their use of businesses, houses, and other facilities in which controlled substances are stored and meetings are conducted, and their use of numeric codes and code words to conduct their drug transactions.

7. The information in this affidavit is based in part on personal knowledge derived from the participation of your Affiant and other law enforcement officers in this investigation and, in part, upon information provided by sources, surveillance by law enforcement, as well as other investigative activity. The information in this affidavit is provided for the limited purpose of establishing probable cause in connection with an application for a search warrant. The information is not a complete statement of all the facts relating to this investigation.

8. This affidavit is made in support of criminal complaints and arrest warrants for JADEN ADAMS for Unlawful Acts in violation of Title 18, United States Code, Section

922(g)(3)-Possession of a Firearm or Ammunition by an Addict or Unlawful User of a Controlled Substance..

9. This affidavit does not include all the information gathered during the course of this investigation. The following information is based on my personal knowledge, the knowledge of DEA Special Agents and Task Force Officers, as well as investigations conducted by other law enforcement entities.

**PROBABLE CAUSE**

10. The United States, including the DEA, has been conducting a criminal investigation of JADEN ADAMS regarding violations of 21 U.S.C. §§ 841(a)(1) and 18 U.S.C. §§ 922(g)(3).

11. In October, 2022 Officers met with a Sylvania Township Source of Information, (Hereinafter referred to as "SOI") who provided information that ADAMS was involved in the sale of fentanyl, crack cocaine, promethazine, and marijuana. The SOI also stated that ADAMS also regularly possessed firearms. The SOI was providing information to Agents and Investigators in return for judicial consideration for his/her own potential drug charges. Throughout the course of this investigation Agents and Investigators were able to independently corroborate the information provided by the SOI and found it to be credible.

12. Agents and Investigators monitored ADAMS' Social Media accounts, Instagram "3hbmoney" and "atm3money" and Facebook "Moneyy Frm Outhill" during the months of October thru December, 2022. Agents and Investigators observed that ADAMS posted videos and photographs depicting him smoking and possessing what appeared to be marijuana, abusing and possessing what appeared to be promethazine and scheduled pills, and possessing and displaying what appeared to be loaded firearms while driving around in vehicles. ADAMS also

made comments about getting high.

13. In November and December, 2022 Agents and Investigators conducted physical and electronic surveillance of ADAMS as he would come and go from 1573 Twin Oaks Drive Toledo, OH 43615. Based on the surveillance Agents and Investigators had reason to believe that 1573 Twin Oaks Drive Toledo, OH 43615 was ADAMS' primary residence.

14. In early December, 2022 Agents and Investigators met with a Bureau of Criminal Investigation (BCI) Confidential Source (CS), (hereinafter referred to as CS#1), who provided information reference the drug trafficking activity of ADAMS. Agents and Investigators learned that ADAMS was selling fentanyl and crack cocaine from 1573 Twin Oaks Drive Toledo, OH 43615. CS#1 also stated that during previous purchases of fentanyl from ADAMS at 1573 Twin Oaks Drive Toledo, OH 43615 he/she observed ADAMS possess what appeared to be a silver .45 caliber pistol. CS#1 provided information and assistance to law enforcement in return for financial compensation. Throughout the course of this investigation Agents and Investigators were able to independently corroborate the information provided by CS#1 as credible.

15. During the second week of December, 2022 Agents and Investigators directed CS#1 to conduct a controlled purchase of fentanyl from ADAMS. CS#1 purchased a quantity of fentanyl from ADAMS at 1573 Twin Oaks Drive Toledo, OH 43615. Agents and Investigators field tested the suspected Fentanyl using a portable mass spectrometer device and it gave a positive indication to the presence of Fentanyl.

16. On December 13, 2022 your Affiant presented an Affidavit to Lucas County Common Pleas Judge Stacy Cook and was granted permission to conduct a search warrant at 1573 Twin Oaks Drive Toledo, OH 43615. On that same day Agents and Investigators executed the search warrant and found ADAMS inside the residence.

17. Agents and Investigators conducted a search of the resident and found a loaded Sig Saur P220 .45 caliber pistol S/N G318076 on the kitchen counter near the front door. Your Affiant recognized the Sig Saur pistol as being consistent with a pistol that ADAMS possessed during a live Instagram video that appeared to have been recorded at 1573 Twin Oaks Drive Toledo, OH 43615 on 12-12-2022.

18. A few steps away in a kitchen drawer Agents and Investigators found two electronic digital scales with white powder residue that field tested positive for the presence of cocaine, a plastic bag that contained a clear crystal substance that field tested positive for the presence of methamphetamine, a plastic bag that contained a white rock substance that field tested positive for the presence of crack cocaine, and a plastic bag containing white powder that field tested positive for the presence of fentanyl.

19. As Agents and Investigators were searching the kitchen drawer ADAMS made an exited utterance statement that he is a drug addict. Your Affiant advised ADAMS of his Miranda rights and then questioned him in reference to his statement. During the interview ADAMS admitted to abusing cocaine, crack cocaine, methamphetamine, Xanax pills, marijuana, and promethazine for almost a year. ADAMS stated that he would abuse cocaine and crack cocaine every couple of weeks but he would abuse marijuana and promethazine every day. ADAMS stated that he smokes marijuana to get high and keep his mind off of "shit". Your Affiant questioned ADAMS about his cell phone and ADAMS admitted that his cell phone contains communications that are indicative of drug trafficking. Your Affiant questioned ADAMS if he was selling drugs to support his drug habit and he said yes.

20. Agents and Investigators continued to search ADAMS' residence and found marijuana and evidence of marijuana use and promethazine use in the second-floor master

bedroom where ADMAS was sleeping when Agents and Investigators executed the search warrant.

21. Agents and Investigators conducted research on the Sig Saur model P220 and determined that it is not manufactured in Ohio and thus must be transported into Ohio through Interstate commerce.

## CONCLUSION

22. The above establishes probable cause to believe that from in or around December of 2022, including but not limited to December 13, 2022, in the Northern District of Ohio, Western Division, JADEN ADAMS possessed a firearm in violation of Title 18 United States Code, Section 922(g)(3).

The information contained in this Affidavit is true and correct to the best of my knowledge and belief.

_____
Task Force Officer Donald Widmer
Drug Enforcement Administration

Sworn to via telephone
after submission by reliable electronic means.
Fed.R.Crim.P. 4.1 and 41(d)(3).

_____   December 14, 2022
Darrell A. Clay
U.S. Magistrate Judge
Northern District of Ohio